UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

SARAH ROMANOWSKI,
   *Plantiff*

v.

TD BANK N.A.,
   *Defendant*

Case No. 2:18-cv-00061

## STIPULATION FOR DISMISSAL

The parties hereto stipulate and agree that the above-entitled action has been settled and it is hereby DISMISSED WITH PREJUDICE.

Dated at Town of Derby, Vermont this 29th day of November, 2018.

_____
Gregory P. Howe, Esq.
Attorney for the Plaintiff

Dated at Boston, Massachusetts this 7th day of December, 2018.

_____
Kara Thorvaldsen, Esq.
WILSON ELSER LLP
Attorneys for the Defendant

## ORDER

Based on the Stipulation of the parties, this action is hereby ordered dismissed with prejudice, the parties to bear their own costs.

Dated at Burlington, Vermont this ____ day of _____, 2018.

_____
U.S. District/Magistrate Judge