U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 DEC 11 PM 1:55

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

SARAH ROMANOWSKI,
*Plantiff*

v.                                              Case No. 2:18-cv-00061

TD BANK N.A.,
*Defendant*

## STIPULATION FOR DISMISSAL

The parties hereto stipulate and agree that the above-entitled action has been settled and it is hereby DISMISSED WITH PREJUDICE.

Dated at Town of Derby, Vermont this 29th day of November, 2018.

_____
Gregory P. Howe, Esq.
Attorney for the Plaintiff

Dated at Boston, Massachusetts this 7th day of December, 2018.

_____
Kara Thorvaldsen, Esq.
WILSON ELSER LLP
Attorneys for the Defendant

## ORDER

Based on the Stipulation of the parties, this action is hereby ordered dismissed with prejudice, the parties to bear their own costs.

Dated at Burlington, Vermont this 11th day of December, 2018.

_____
U.S. District/~~Magistrate~~ Judge